IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br><u>Debtors</u> | | CHAPTER 13 |
| Toyota Lease Trust<br><u>Secured Creditor</u><br>vs. | | NO. 18-11826 MDC |
| Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br><u>Debtors</u> | | 11 U.S.C. Section 362 |

## STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Toyota Lease Trust ("Secured Creditor") holds the title on a 2014 Toyota Highlander, VIN: 5TDBKRFH7ES033716 ("Secured Property").

2. Debtors entered into a lease agreement for the Secured Property on or about April 17, 2014.

3. As of the filing of the bankruptcy petition, the total debt on the lease is $6,498.44.

4. Debtors have surrendered the Secured Property to Movant.

5. Debtors stipulate and agree that, upon the Court's approval of this Stipulation, Secured Creditor shall be granted relief from the automatic stay as to the Secured Property.

6. The parties agree that a facsimile signature shall be considered an original signature

Date:  June 5, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: June 25, 2018

*Michael D. Sayles*
Michael D. Sayles
Attorney for Debtors

*without prejudice to any trustee rights or remedies*

No Objection:
TRUSTEE
06/26/18

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman