# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11826-MDC

REGINALD TYRONE BYERS
DIONNE M WALKER-BYERS
7217 BRIARS ROAD

PHILADELPHIA, PA 19138

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    REGINALD TYRONE BYERS
    DIONNE M WALKER-BYERS
    7217 BRIARS ROAD

    PHILADELPHIA, PA 19138

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 6/28/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee