United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald Tyrone Byers  
Dionne M. Walker-Byers  
    Debtors

Case No. 18-11826-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db/jdb       +Reginald Tyrone Byers,    Dionne M. Walker-Byers,    7217 Briars Road,    Philadelphia, PA 19138-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
         MICHAEL D. SAYLES    on behalf of Debtor Reginald Tyrone Byers midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
         MICHAEL D. SAYLES    on behalf of Joint Debtor Dionne M. Walker-Byers midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                        TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br><u>Debtors</u> | | CHAPTER 13 |
| Toyota Lease Trust<br><u>Secured Creditor</u><br>vs. | | NO. 18-11826 MDC |
| Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br><u>Debtors</u> | | 11 U.S.C. Section 362 |

### STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Toyota Lease Trust ("Secured Creditor") holds the title on a 2014 Toyota Highlander, VIN: 5TDBKRFH7ES033716 ("Secured Property").

2. Debtors entered into a lease agreement for the Secured Property on or about April 17, 2014.

3. As of the filing of the bankruptcy petition, the total debt on the lease is $6,498.44.

4. Debtors have surrendered the Secured Property to Movant.

5. Debtors stipulate and agree that, upon the Court's approval of this Stipulation, Secured Creditor shall be granted relief from the automatic stay as to the Secured Property.

6. The parties agree that a facsimile signature shall be considered an original signature

Date: June 5, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: June 25, 2018

*Michael D. Sayles*
Michael D. Sayles
Attorney for Debtors

*without prejudice to any trustee rights or remedies*

No Objection:
[signature] 6/26/18
TRUSTEE

Approved by the Court this 27th day of June, 2018. However, the court retains discretion regarding entry of any further order.

*Magdeline D. Coleman*

Bankruptcy Judge
Magdeline D. Coleman