# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11826-MDC

REGINALD TYRONE BYERS
DIONNE M WALKER-BYERS
7217 BRIARS ROAD

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    REGINALD TYRONE BYERS
    DIONNE M WALKER-BYERS
    7217 BRIARS ROAD

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

                                    /S/ William C. Miller

Date: 9/14/2018                                                     _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee