IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Reginald Byers**                 :        CHAPTER:  13
      **Dionne Walker-Byers**      :
                                      :
                                      :
DEBTOR                                    :        Bankruptcy No.: **18-11826**

## CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certify that there was no opposition filed by parties listed on

Certificate of Service to Counsel's Application for Compensation.

Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtors
427 W. Cheltenham Avenue
Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)

Dated: **September 25, 2018**