# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br>                    Debtors<br><br>Toyota Lease Trust<br>                    Movant<br>        vs.<br><br>Reginald Tyrone Byers<br>Dionne M. Walker-Byers<br>                    Respondents | CHAPTER 13<br><br><br>NO. 18-11826 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Toyota Lease Trust to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 10, 2018 (Document No. 16).

                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    Attorney for Movant
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322

October 16, 2018