# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Reginald Tyrone Byers** | |
| **Dionne M. Walker-Byers** | : |
| | : BANKRUPTCY NO. **18-11826 MDC** |
| Debtor (s) | |

## **P R A E C I P E**

Kindly relist the above captioned Confirmation hearing and/or Motion to Dismiss until 4/4/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: March 4, 2019

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105