## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
REGINALD TYRONE BYERS &                         :
DIONNE W. WALKER-BYERS,                         :    Bankruptcy No. 18-11826 (MDC)
                    Debtor.                     :
-------------------------------------------------------x

### PRAECIPE TO WITHDRAW OBJECTION
### TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 46) filed by the City of Philadelphia on February 13, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 3, 2019        By:    */s/ Joshua Domer*
                                   JOSHUA DOMER
                                   Assistant City Solicitor
                                   PA Attorney I.D. 319190
                                   Attorney for the City of Philadelphia
                                        and/or
                                   Water Revenue Bureau
                                   City of Philadelphia Law Department
                                   Municipal Services Building
                                   1401 JFK Boulevard, 5th Floor
                                   Philadelphia, PA 19102-1595
                                   215-686-0519 (phone)
                                   Email: Joshua.Domer@phila.gov