United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-11826-mdc
Reginald Tyrone Byers                                               Chapter 13
Dionne M. Walker-Byers
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 25, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db/jdb         +Reginald Tyrone Byers,    Dionne M. Walker-Byers,    7217 Briars Road,
                Philadelphia, PA 19138-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank National Association, et al.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. SAYLES    on behalf of Debtor Reginald Tyrone Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              MICHAEL D. SAYLES    on behalf of Joint Debtor Dionne M. Walker-Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Reginald Tyrone Byers and Dionne M.<br>Walker-Byers<br>                Debtors<br>U.S. Bank National Association, not in its<br>individual capacity but solely as trustee for the<br>RMAC Trust, Series 2018 G-CTT c/o<br>Rushmore Loan Management Services<br>                Movant<br>                vs.<br><br>Reginald Tyrone Byers and Dionne M.<br>Walker-Byers<br>                Debtors/Respondents<br>                and<br>              William C. Miller, Esquire<br>Trustee/Respondent | : Bankruptcy No. 18-11826-mdc<br>: Chapter 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CONSENT ORDER / STIPULATION AGREEMENT SETTLING
### MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, upon the Motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT c/o Rushmore Loan Management Services ("Creditor"/"Movant"), through its counsel, Hladik, Onorato & Federman, LLP, for relief from the automatic stay pursuant to Bankruptcy Code § 362(d) as to certain property, 7217 Briar Road, Philadelphia, PA 19138 (the "Property"), it is hereby agreed as follows:

Reginald Tyrone Byers and Dionne M. Walker-Byers (hereafter, "Debtors") acknowledge that the following monthly post-petition mortgage payments are due as follows:

        Payments (7/1/2018 – 1/1/2019 @ *$873.57 each*) ...............$6,114.99
        Payments (2/1/2019 – 3/1/2019 @ *$872.10 each*) ...............$1,744.20
        Attorney's fees/costs..........................................$1,031.00
        Less Suspense................................................ ($8.87)
        Arrears ("Arrears").........................................$8,881.32

1. Debtors shall cure the Arrears as set forth above in the following manner:

    a. Roll the **$8,881.32** balance of the post-petition Arrears into and pay it through the Debtors' Chapter 13 Plan of Reorganization in order to cure this portion of the Arrears in addition to the current arrearage amount on Movant's Proof of Claim. Debtors' attorney shall file an Amended Plan as per above no later than March 29, 2019.

2. Debtors shall make the regular monthly payments required to the Trustee.

3. Debtors shall send all payments due directly to Creditor at the address below:

**Rushmore Loan Servicing**
**P.O. Box 52708**
**Irvine, CA 92619-2708**

**Rushmore's** loan #xxxxx3509 must appear on each payment.

4. In the event Debtors fail to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtors and Debtors' counsel notice of the default. If Debtors do not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtors and Debtors' counsel, Creditor shall immediately have relief from the bankruptcy stay.

5. The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtors shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

6. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

7. In the event Debtors convert to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtors shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtors fail to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

8. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

By signing this Stipulation, Debtors' Counsel represents that the Debtors are familiar with and understand the terms of this Stipulation and agrees to said terms regardless of whether the Debtors have actually signed this Stipulation. Seen and agreed by the parties on the date set forth below:

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Counsel for Creditor

Date: 3/13/2019

*Michael D. Sayles*
Michael D. Sayles, Esquire
Counsel for Debtor

Date: 3\28\2019

William C Miller, Esquire Trustee
*No position*

Date: 4/17/19

*without prejudice to any trustee rights or remedies

AND NOW, this 24th day of April, 2019, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

*Magdeline D. C*
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge