United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-11826-mdc
Reginald Tyrone Byers                                                       Chapter 13
Dionne M. Walker-Byers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1           Date Rcvd: Jun 14, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db/jdb         +Reginald Tyrone Byers,   Dionne M. Walker-Byers,   7217 Briars Road,
                 Philadelphia, PA 19138-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, et al.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
      MICHAEL D. SAYLES    on behalf of Debtor Reginald Tyrone Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      MICHAEL D. SAYLES    on behalf of Joint Debtor Dionne M. Walker-Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Reginald Tyrone Byers** ) | Chapter 13 | |
| **Dionne M. Walker-Byers** ) | | |
| ) | | |
| ) | | |
| Debtor ) | | |
| ) | Bankruptcy No.: **18-11826** | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: June 14, 2019

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA 19107