```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 18-11826-mdc
Reginald Tyrone Byers                                                   Chapter 13
Dionne M. Walker-Byers
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-2          User: TashaD                 Page 1 of 3                  Date Rcvd: Oct 24, 2019
                              Form ID: pdf900              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db/jdb         +Reginald Tyrone Byers,    Dionne M. Walker-Byers,    7217 Briars Road,
                 Philadelphia, PA 19138-1325
cr             +U.S. Bank National Association, et al.,    Hladik, Onorato, & Federman, LLP,
                 298 Wissahickon Avenue,    North Wales, PA 19454-4156
14075529       +Accounts Service Department,    PO Box 731,   Mahwah, NJ 07430-0731
14075532        AlliedInterstate,    PO Box 1954,   Southgate, MI 48195-0954
14075548      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Processing Center,   Des Moines, IA 50364-0001)
14075542      ++CLIENT SERVICES INC,    3451 HARRY S TRUMAN BLVD,   ST CHARLES MO 63301-9816
                 (address filed with court: Client Services, Inc,    3451 Harry S Truman Blvd,
                 Saint Charles, MO 63301)
14075544      ++CLIENT SERVICES INC,    3451 HARRY S TRUMAN BLVD,   ST CHARLES MO 63301-9816
                 (address filed with court: Client Services, Inc.,    PO box 1503,   Saint Peters, MO 63376-0027)
14096499        Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14075536        Chestnut Hill Hospital,    Attn: O/P Billing Dept.,    8835 Germantown Avenue,
                 Philadelphia, PA 19118-2767
14075537        Citibank,   PO Box 6241,    Sioux Falls, SD 57117-6241
14075539        City of Philadelphia,    PO Box 786612,   Philadelphia, PA 19178-6612
14075545       +EOS CCA,    PO Box 981008,   Boston, MA 02298-1008
14075549        Jefferson Health,    PO Box 785992,   Philadelphia, PA 19178-5992
14075550       +Jefferson Health,    833 Chestnut Street, Suite 115,    Philadelphia, PA 19107-4401
14101547        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
14075558       +PGW,   800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                 Philadelphia, PA 19122-2806
14075554        Peco,   P.O. Box 13439,    Philadelphia, PA 19162-0439
14075556       +Penn Credit,    PO Box 1259, Department 91047,   Oaks, PA 19456-1259
14075560        Professional Account Management, LLC,    PO Box 1153,   Milwaukee, WI 53201-1153
14075561       +Professional Account Services, Inc.,    PO Box 188,   Brentwood, TN 37024-0188
14075562        Raymour & Flanigan,    PO Box 33802,   Detroit, MI 48232-5802
14075563        Robert J. Diecide, DMD, MD,    909 Walnut Street, 3rd Floor, COB,    Philadelphia, PA 19107-5211
14075564        Sears Gold MasterCard,    PO Box 183082,   Columbus, OH 43218-3082
14075566        TD Bank,    PO Box 9549,   Portland, ME 04112
14102795       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14206783        Toyota Lease Trust,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14086942       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
14210940       +U.S. Bank National Association et al.,    PO Box 55004,   Irvine, CA 92619-5004
14097647        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,   Des Moines,   IA   50306-0438
14088575        Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                 Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Oct 25 2019 03:31:07      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2019 03:30:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2019 03:30:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:38:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14075531        E-mail/Text: amscbankruptcy@adt.com Oct 25 2019 03:31:08      ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
14075533        E-mail/Text: g20956@att.com Oct 25 2019 03:31:03      AT&T Mobility,   PO Box 537113,
                 Atlanta, GA 30353-7113
14106684       +E-mail/Text: g20956@att.com Oct 25 2019 03:31:03      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14075530        E-mail/Text: mtamsett@adminrecovery.com Oct 25 2019 03:30:39      Admin Recovery, LLC,
                 45 Earhart Drive, Suite 102,    Buffalo, NY 14221-7809
14075535        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:39:17      Capital One,
                 PO Box 85015,    Richmond, VA 23285-5018
14273256        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:59      City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,   1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA 19102
14075540        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:59      City of Philadelphia,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,   1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
```

```
District/off: 0313-2              User: TashaD               Page 2 of 3                   Date Rcvd: Oct 24, 2019
                                  Form ID: pdf900            Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14075541       E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:59     City of Philadelphia,
                Law Department-Bankruptcy Unit,   One Parkway Building,   1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
14075542       E-mail/Text: mediamanagers@clientservices.com Oct 25 2019 03:30:04     Client Services, Inc,
                3451 Harry S Truman Blvd,   Saint Charles, MO 63301
14075544       E-mail/Text: mediamanagers@clientservices.com Oct 25 2019 03:30:04     Client Services, Inc.,
                PO box 1503,   Saint Peters, MO 63376-0027
14075534       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:38:44     Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
14075538       E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:07     City of Philadelphia,
                Parking Violations Branch,   P.O. Box 41818,   Philadelphia, PA 19101-1818
14075546       E-mail/Text: bknotice@ercbpo.com Oct 25 2019 03:30:35     ERC,   PO Box 23870,
                Jacksonville, FL 32241-3870
14075547      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:38:45     GE Capital Retail Bank,
                PO Box 960061,   Orlando, FL 32896-0061
14075551      +E-mail/Text: bncnotices@becket-lee.com Oct 25 2019 03:30:08     Kohl's,   PO Box 3084,
                Milwaukee, WI 53201-3084
14104020      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2019 03:30:31     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
14075552       E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2019 03:30:31     Midland Credit Mgmt,
                PO Box 60578,   Los Angeles, CA 90060-0578
14075553       E-mail/PDF: pa_dc_claims@navient.com Oct 25 2019 03:39:03     Navient,   PO Box 9500,
                Wilkes Barre, PA 18773-9500
14090002      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2019 03:30:11     PECO Energy Company,
                2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
14075559       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:49:40
                Portfolio Recovery Assoc.,   P.O. Box 12914,   Norfolk, VA 23541-0914
14077427       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:38:45
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14075720      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:39:19
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14075555      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2019 03:30:11     Peco,   c/o Merrick Friel,
                2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
14075565       E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:39:19     Synchrony Bank,   PO Box 960061,
                Orlando, FL 32896-0061
14075567      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 03:30:03
                Verizon,   P.O. Box 8585,   Philadelphia, PA 19173-0001
14075568       E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:59     Water Revenue Bureau,
                Phyllis Chase, Collections Manager,   Municipal Services Building,   1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,   City of Philadelphia Law Department,
               c/o Joshua Domer,   1401 JFK Blvd. 5th Floor,   Philadelphia, PA  19102)
14075543*    ++CLIENT SERVICES INC,   3451 HARRY S TRUMAN BLVD,   ST CHARLES MO 63301-9816
               (address filed with court: Client Services, Inc,   3451 Harry S Truman Blvd,
               Saint Charles, MO 63301-4047)
14075557      ##Penn Credit Corp.,   PO Box 988,   Harrisburg, PA 17108-0988
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-2              User: TashaD                 Page 3 of 3                  Date Rcvd: Oct 24, 2019
                                  Form ID: pdf900              Total Noticed: 59
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              DANIELLE    BOYLE-EBERSOLE     on behalf of Creditor    U.S. Bank National Association, et al.
               debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              JILL    MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA    DOMER     on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL D. SAYLES     on behalf of Debtor Reginald Tyrone Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              MICHAEL D. SAYLES     on behalf of Joint Debtor Dionne M. Walker-Byers midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>REGINALD TYRONE BYERS<br>DIONNE M WALKER-BYERS | Chapter 13 |
| Debtor | Bankruptcy No. 18-11826-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 24, 2019

                                          _____
                                          Magdeline D. Coleman
                                          Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Debtor:
REGINALD TYRONE BYERS
DIONNE M WALKER-BYERS
7217 BRIARS ROAD

PHILADELPHIA, PA 19138